IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

REUBEN ADAMS,

    Petitioner,

v.

DEBORAH MCCULLOUGH, Director,
Sand Ridge Secure Treatment Center,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 12-cv-262-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Reuben Adams for a writ of habeas corpus under 28 U.S.C. § 2254 is dismissed for lack of jurisdiction and, alternatively, as barred by the one-year statute of limitations.

_____     10/17/12
Peter Oppeneer, Clerk of Court            Date